IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JEWEL GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv534-MHT |
| | ) | (WO) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit appealing the denial of her application for Social Security.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's appeal be dismissed for failure to prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of March, 2023.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**